# **EXHIBIT A**

**Akorn Holding Company LLC et al**
**Bankruptcy Case No. 23-10253**
**Exhibit A**

| Transferor | Transferee | Transfer Date | Transfer Type | Transfer Amount |
|---|---|---|---|---|
| Akorn Operating Company, LLC | Evoqua Water Technologies LLC | 12/9/2022 | Wire | $ 13,217.47 |
| Akorn Operating Company, LLC | Evoqua Water Technologies LLC | 1/6/2023 | Wire | $ 16,752.29 |
| Akorn Operating Company, LLC | Evoqua Water Technologies LLC | 1/13/2023 | Wire | $ 2,261.17 |
| Akorn Operating Company, LLC | Evoqua Water Technologies LLC | 1/27/2023 | Wire | $ 2,673.32 |
| Akorn Operating Company, LLC | Evoqua Water Technologies LLC | 2/8/2023 | Wire | $ 3,095.81 |
| Akorn Operating Company, LLC | Evoqua Water Technologies LLC | 2/14/2023 | Wire | $ 1,461.71 |
| | | | | $ 39,461.77 |