# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AKORN HOLDING COMPANY LLC, *et al.*,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 23-10253 (KBO)<br>(Jointly Administered) |
| GEORGE L. MILLER, Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, *et al.*,<br><br>Plaintiff,<br><br>v.<br><br>EVOQUA WATER TECHNOLOGIES LLC,<br><br>Defendant. | Adv. Proc. No. 25-50086 (KBO)<br><br>**Re: Adv. D.I. 9 & 10** |

## NOTICE OF SERVICE OF PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT AND CLERK OF COURT'S ENTRY OF DEFAULT

I, Paige N. Topper, hereby certify that, on November 12, 2025, copies of *Plaintiff's Request for Entry of Default* against Evoqua Water Technologies LLC [Adv. D.I. 9] and the Clerk of the Court's *Entry of Default* [Adv. D.I. 10] were served via certified First-Class Mail on the following addresses:

| | |
|---|---|
| Evoqua Water Technologies LLC<br>c/o CT Corporation System<br>160 Mine Lake Ct Ste. 200<br>Raleigh, NC 27615 | Evoqua Water Technologies LLC<br>c/o The Corporation Trust Company<br>1209 Orange St.<br>Wilmington, DE 19801 |

**SAUL EWING LLP**

*/s/ Paige N. Topper*
Paige N. Topper (DE Bar No. 6470)
1201 N. Market Street, Suite 2300
Wilmington, DE 19801
Telephone: (302) 421-6800
paige.topper@saul.com

---

[1] The Debtors in these Chapter 7 Cases, along with the last four digits of each Debtor's federal tax identification number, are: Akorn Holding Company LLC (9190); Akorn Intermediate Company LLC (6123) and Akorn Operating Company LLC (6184). The Debtors' headquarters was located at 5605 CenterPoint Court, Gurnee, Illinois 60031.